UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Paula Stanovich

                                                  Plaintiff,

v.                                                                              Case No.: 1:12−cv−05290
                                                                            Honorable Ruben Castillo

Apria Healthcare Group, Ltd., et al.

                                                  Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, February 13, 2013:

      MINUTE entry before Honorable Ruben Castillo: Status hearing held on 2/13/13. The case is dismissed without prejudice, to filing of law suit in State Court. Civil Case Terminated. (lcw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.